# Antin, Ehrlich & Epstein, LLP
## Attorneys at Law

49 West 37th Street, New York, New York 10018
Tel: (212) 221-5999 • Fax: (212) 221-6867

Scott W. Epstein
Jeffrey S. Antin

Noreen M. Letta

Thomas P. Kinney
Samuil Serebryanyy
Christian Grim

Of Counsel

Melissa Barbosa Kobernitski

David I. Pankin, P.C.

Silbowitz, Garafola, Silbowitz
Schatz & Frederick, LLP

October 5, 2021

*Via E-Mail*
Honorable Magistrate Judge Sanket J. Bulsara
United States District Court
Eastern District of New York
225 Cadman Plaza East
Chambers 304N, Courtroom 324N
Brooklyn, New York, 11201

      Re:    Danielle Serini v. City of New York, et al
             Case No.: 19 cv 00892(NG) (SJB)

Dear Judge Bulsara:

      The parties have conferred following our last conference regarding Court mediated settlement discussions. We would like to request the Court schedule a further settlement conference at the Court's earliest convenience.

      We look forward to your assistance in trying to resolve this case.

Respectfully,

Scott W. Epstein
(SWE/5245)

SWE:ctg
CC (via e-mail): Mr. Bahrenburg, Corp. Counsel