UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

DANIELLE SERINI,

                                            Plaintiff,

-against-

THE CITY OF NEW YORK, NYPD SCHOOL CROSSING GUARD JENNIFER BECKER, NYPD SCHOOL CROSSING GUARD MARGARET MARSH, P.O. EBONY GLOVER, P.R. WILLIAM DAWSON, SGT. ROBERT GURNICK, and DETECTIVE RICHARD DINKLE,

                                            Defendants.

-------------------------------------------------------------------x

**STIPULATION AND ORDER OF PARTIAL DISMISSAL**

19-cv-0892 (NG) (SJB)

**WHEREAS**, Plaintiff and defendants City of New York, Margaret Marsh, Ebony Glover, William Dawson, Robert Gurnick and Richard Dinkle (City Defendants) have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

1. The above-referenced action is hereby dismissed with prejudice as against the City Defendants City of New York, Margaret Marsh, Ebony Glover, William Dawson, Robert Gurnick and Richard Dinkle.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

Dated: New York, New York
_____, 2023

| | |
|---|---|
| SCOTT W. EPSTEIN<br>Antin Ehrlich & Epstein, LLP<br>49 West 37th Street<br>7th floor<br>New York, New York 10018<br>212-221-5999<br>Email: sepstein@aeelaw.com | HON. SYLVIA O. HINDS RADIX<br>Corporation Counsel of the<br>  City of New York<br>*Attorney for Defendants City of New York,*<br>*Margaret Marsh, Ebony Glover, William*<br>*Dawson, Robert Gurnick and Richard*<br>*Dinkle*<br>100 Church Street, 3rd Floor<br>New York, New York 10007<br>sstavrid@law.nyc.gov<br>(212) 356-2687 |
| By: /s/ Scott Epstein (TLJT) | By: /s/ Steve S. |
| | Steve Stavridis<br>*Assistant Corporation Counsel* |

SO ORDERED:

/s/ Nina Gershon

Honorable Nina Gershon
United States District Judge

Dated: Feb. 28, 2023

2