UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------- x

DANIELLE SERINI,

                Plaintiff,

    -against-

JENNIFER BECKER,

                Defendant.

-------------------------------------------------------- x

**ORDER**

**19-cv-00892-NG-SJB**

**GERSHON, United States District Judge:**

      On December 6, 2023, the Honorable Sanket J. Bulsara, magistrate judge, issued a report and recommendation ("R&R") recommending that Plaintiff's motion for default judgment be denied. ECF No. 104. The parties were given 14 days to file any objections to the R&R with the Clerk of Court. At the request of Plaintiff's counsel, ECF No. 105, the parties were granted an additional 30 days to file objections to the R&R. The extended deadline for objections to the December 6, 2023 R&R having passed, and no objections having been filed, I review the R&R for clear error. Finding no clear error, I adopt the R&R in full. The motion of Plaintiff Danielle Serini for default judgment against Defendant Jennifer Becker is denied without prejudice to renewal within 30 days of this order.

                                                                 **SO ORDERED.**

                                                                  /S/
                                                   **NINA GERSHON**
                                                   **United States District Judge**

January 24, 2024
Brooklyn, New York