UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

DANIELLE SERINI,

                         Plaintiff,                                 **ORDER**

            -against-                                   19-cv-00892-NG-SJB

JENNIFER BECKER,

                         Defendant.

------------------------------------------------------------ x

**GERSHON, United States District Judge:**

         On August 12, 2024, the Honorable Sanket J. Bulsara, magistrate judge, issued a report and recommendation ("R&R") recommending that plaintiff's motion for default judgment be granted. The parties were given 14 days to file with the Clerk of Court any objections to the R&R. The deadline for objections to the August 12, 2024 R&R having passed, and no objections having been filed, I review the R&R for clear error and find none.

         On the contrary, Magistrate Judge Bulsara has fully elucidated the legal issues as to liability and damages and has carefully considered the facts in determining an appropriate award of damages. I adopt his legal and factual conclusions.

         In sum, the plaintiff's motion for a default judgment on her malicious prosecution claim is granted. The Clerk of Court is directed to enter judgment to plaintiff of $158,401.99 in economic damages and $100,000.00 in emotional distress damages for a total of $258,401.99. The false arrest claim is dismissed.

**SO ORDERED.**

_____/s/_____
**NINA GERSHON**
**United States District Judge**

October 2, 2024
Brooklyn, New York